## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

### NOTICE OF PRETRIAL CONFERENCES

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Judge Keith Starrett, has ordered PRETRIAL CONFERENCES in the following civil jury and non-jury cases. These conferences will be held before United States District Judge Keith Starrett, on **Thursday, August 22, 2013**, unless otherwise indicated. Please note the time your case has been scheduled on the attached page to this notice. Pretrial Conferences will be held in Judge Starrett's Conference Room, William M. Colmer Federal Building and Courthouse, 701 N. Main Street, Suite 228, Hattiesburg, Mississippi.

TRIALS are scheduled for a two-week civil calendar during the weeks of September 3, 2013 and September 9, 2013, unless otherwise preset, Judge Keith Starrett presiding.

COUNSEL FOR THE PARTIES ARE TO PREPARE A JOINT PRETRIAL ORDER APPROVED BY ALL THROUGH THEIR ATTORNEYS FOR PRESENTATION TO THE JUDGE AT THE PRETRIAL CONFERENCE.

In preparing for trial, please refer to LOCAL RULE 16(j) GOVERNING PRETRIAL ORDERS AND OFFICIAL FORM NO. 3, THE FORMAT FOR ALL PRETRIAL ORDERS, AND RULE 51 REGARDING JURY INSTRUCTIONS. Jury instructions are to be submitted to the trial judge ten (10) days prior to trial. Instructions should be emailed to the Court at starrett_chambers@mssd.uscourts.gov . Each party is limited to eight (8) substantive instructions without permission of the Court. Do not duplicate the Court's standard instructions. (Note the language in Official Form No. 2(a), concerning depositions. See also Rule 16(j)(5). Any objections not submitted to the trial judge at least ten (10) days prior to trial will be waived. The Court will strictly adhere to this rule.) **All in limine motions shall be filed fourteen (14) days prior to the pretrial conference.**

WITH REFERENCE TO NON-JURY CASES: PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW MUST BE SUBMITTED TO THE COURT AND OPPOSING COUNSEL TEN (10) DAYS PRIOR TO TRIAL. The document must bear the style and number of the case and should be submitted by email.

**PLEASE NOTE:**
        **Exhibits are to be premarked and all pages numbered, and a list briefly describing each is to be presented to the Court in quadruplicate at the beginning of the trial. (A Sample of the Exhibit List is enclosed. (Note:  Seven person juries will be the norm.)**

**A witness list shall be presented to the Court in quadruplicate at the beginning of the trial.**

The parties are instructed that a portion of the pretrial conference will be used to discuss

settlement of the case.  Counsel are instructed to confer with their client[s] in advance of the conference.  **COUNSEL AND THE CLIENT AND/OR A REPRESENTATIVE WITH AUTHORITY SHALL BE PRESENT AT THE CONFERENCE.**  If the client and/or the representative with authority desire to be excused from attendance at the conference, the client and/or the representative with authority shall be standing by and available, either in person or by telephone, within 5 minutes, from fifteen (15) minutes before the conference is scheduled to commence until the conference is completed, in the event communication is necessary.  **NOTE: THE CONFERENCE MAY EXTEND THROUGH THE LUNCH HOUR OR PAST 5:00 P.M. AND MAY LAST 2-3 HOURS OR MORE.**  If Counsel feels it is appropriate, any client or representative with authority who is present, may sit in on the conference.

**For all jury trials a confidential settlement memorandum (three page maximum) shall be submitted to Judge Starrett three days prior to the conference.  If any party objects to the judge being involved in settlement attempts and continuing to preside over the trial, then this objection should be voiced not less than five days prior to the pretrial conference.  This objection will be honored and the judge will not conduct nor participate in settlement discussions.**

If there are any unavoidable conflicts, counsel should notify the undersigned in writing at Sharon_Potin@mssd.uscourts.gov.

Should a party or his/her attorney fail to appear or to comply with the directions set out herein, an ex parte hearing may be held and a judgment of dismissal or default or other appropriate judgment entered or sanctions imposed.

Date:  July 22, 2013                                       J. T. NOBLIN, CLERK
                                                       UNITED STATES DISTRICT COURT


                                                       By: ____s/ Sharon Potin_____
                                                           Sharon Potin, Courtroom
                                                           Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**_____ DIVISION**


_____                                          **PLAINTIFF(S)**


**VERSUS**                                          **CIVIL ACTION NO. _____**


_____                                          **DEFENDANT(S)**


_____ **EXHIBITS LIST**


| DATE | NUMBER | DESCRIPTION | SPONSOR | EVID. | I.D. |
|------|--------|-------------|---------|-------|------|
|      | P-1<br>or<br>D-1 | Briefly describe each exhibit;<br>leave sponsor, identification,<br>and evidence columns blank.<br>These will be made during trial. | Leave these columns<br>blank.  The Court<br>will fill them in as<br>exhibits are entered. | | |
|      | P-2<br>or<br>D-2 | Double space between exhibits. | | | |


(Special Note: All pages of exhibits are to be numbered.)

**PRETRIAL CONFERENCES**
**BEFORE JUDGE KEITH STARRETT**

<u>August 22,  2013</u>

| | | | |
|---|---|---|---|
| 9:00 a.m. | 2:12cv70 | Woody C. Calhoun, et al v. Group Contractors, LLC | Jury |
| 9:30 a.m. | 2:12cv116 | Rhonda Edwards v. Wal-Mart Stores East, L.P. | Jury |